**STATE of Missouri, Respondent,**

v.

**Nathan Donnell YOUNG, Appellant.**

**No. WD 38201.**

Missouri Court of Appeals, Western District.

March 3, 1987.

Dennis G. Goodden, Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial conviction of burglary in the second degree, § 569.170, R.S. Mo.1978, and stealing, § 570.030, R.S.Mo. 1978, and concurrent five-year terms of imprisonment.

Judgment affirmed. Rule 30.25(b).